# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2789

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　　 *
　　　　　　Appellee,　　　　　　　 *
　　　　　　　　　　　　　　　　　 *　Appeal from the United States
　　　v.　　　　　　　　　　　　　 *　District Court for the
　　　　　　　　　　　　　　　　　 *　District of Nebraska.
Raul Camerena Sigala,　　　　　　　*
　　　　　　　　　　　　　　　　　 *　　　[UNPUBLISHED]
　　　　　　Appellant.　　　　　　　*

_____

Submitted: October 28, 2005
Filed: November 16, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.


Raul Sigala appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion seeking relief based on United States v. Booker, 125 S. Ct. 738 (2005). The district court granted a certificate of appealability on whether the rule announced in Booker applies retroactively to cases on collateral review, and we have since concluded that it does not. See Never Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Warren K. Urbom, United States Judge Court for the District of Nebraska.